IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **CHRISTOPHER COLLIN DEMMON,** | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| VS. | : | CIVIL NO. 5:23-CV-468-MTT-CHW |
| | : | |
| **UNNAMED RESPONDENT,** | : | |
| | : | |
| Respondent. | : | |

_____

## ORDER

*Pro se* Petitioner Christopher Collin Demmon, an inmate currently confined in the Wheeler Correctional Facility in Alamo, Georgia, has filed a document that was docketed as a petition seeking federal habeas corpus relief pursuant to 28 U.S.C. § 2254 (ECF No. 1). If Petitioner wishes to proceed with this action, he must recast his petition using the Court's standard § 2254 form and submit it—with either payment of the $5.00 filing fee or a motion for leave to proceed *in forma pauperis*—within **FOURTEEN (14) DAYS** of the date shown on this Order. The Clerk is **DIRECTED** to mail Petitioner copies of the appropriate forms for this purpose, marked with the case number of the above-captioned action.

Petitioner has also filed a motion for appointed counsel (ECF No. 4). Generally, there is no right to legal representation in a federal habeas corpus proceeding. *See, e.g., Wright v. West*, 505 U.S. 277, 293 (1992). The Rules governing habeas cases provide that appointment of counsel is proper if an evidentiary hearing is needed, if counsel is necessary

for effective discovery, or "if the interest of justice so requires." *Jones v. Thompson*, No. CV410-039, 2010 WL 3909966, at *2 (S.D. Ga. Oct. 5, 2010) (citing Rules 6(a) & 8(c) of the Rules Governing § 2254 Cases). This Court is not yet able to determine whether counsel needs to be appointed in this case. However, if it becomes apparent at some point later in these proceedings that counsel should be appointed for Petitioner, the Court will entertain a renewed motion for counsel. Until then, Petitioner's motion (ECF No. 4) is **DENIED**.

To reiterate, Petitioner's motion for appointed counsel (ECF No. 4) is **DENIED**, and Petitioner shall have **FOURTEEN (14) DAYS** from the date of this Order to (1) recast his Petition on the Court's standard form and (2) either pay the Court's $5.00 filing fee or file a proper and complete motion for leave to proceed *in forma pauperis*. Petitioner is also instructed to notify the Court in writing of any change in his mailing address. **Failure to fully and timely comply with this Order may result in the dismissal of Petitioner's application for habeas relief.** There will be no service of process in this case until further order.

**SO ORDERED**, this 12th day of December, 2023.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge